```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01461
    IVAN COLON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5103

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/29/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
NICOR GAS                 UNSECURED             609.16           .00          .00
CARMAX AUTO FINANCE       SECURED VEHIC        7223.00        136.75       903.08
FIRST FRANKLIN            CURRENT MORTG            .00           .00          .00
NATIONAL CITY BANK        CURRENT MORTG            .00           .00          .00
NATIONAL CITY BANK        MORTGAGE ARRE           .00           .00          .00
NATIONAL CAPITAL MANAGEM  UNSECURED            2797.58           .00          .00
AES/NCT                   UNSECURED          117479.70           .00        17.76
AES/NCT                   UNSECURED          NOT FILED           .00          .00
AES/NCT                   UNSECURED          NOT FILED           .00          .00
AES/NCT                   UNSECURED          NOT FILED           .00          .00
ALLIED INTERSTATE         UNSECURED          NOT FILED           .00          .00
SBC ILLINOIS              UNSECURED          NOT FILED           .00          .00
ECAST SETTLEMENT CORP     UNSECURED            6588.70           .00          .00
COMMONWEALTH EDISON       UNSECURED          NOT FILED           .00          .00
DISCOVER FINANCIAL SERVI  UNSECURED            6552.07           .00          .00
DISCOVER CARD             UNSECURED          NOT FILED           .00          .00
MANORS OF OAK KNOLL COND  UNSECURED                .00           .00          .00
NATIONAL ACTION FINANCIA  UNSECURED          NOT FILED           .00          .00
LVNV FUNDING LLC          UNSECURED            8137.97           .00          .00
NICOR GAS                 UNSECURED          NOT FILED           .00          .00
ORECK DIRECT              UNSECURED          NOT FILED           .00          .00
PIER 1 IMPORTS            UNSECURED             174.87           .00          .00
PUBLISHERS CLEARING HOUS  UNSECURED          NOT FILED           .00          .00
REGIONAL FEDERAL CREDIT   UNSECURED          NOT FILED           .00          .00
SALLIE MAE EDUCATION CRE  UNSECURED           47647.38           .00          .00
SALLIE MAE EDUCATION CRE  UNSECURED            3035.16           .00          .00
SALLIE MAE EDUCATION CRE  UNSECURED           38395.13           .00          .00
SALLIE MAE LSCF           UNSECURED          NOT FILED           .00          .00
ECMC                      UNSECURED           12666.00           .00          .00
SALLIE MAE LSCF           UNSECURED          NOT FILED           .00          .00
SALLIE MAE LSCF           UNSECURED          NOT FILED           .00          .00
SALLIE MAE                UNSECURED            4355.07           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01461 IVAN COLON
```

```
SALLIE MAE LSCF            UNSECURED      NOT FILED            .00           .00
SALLIE MAE LSCF            UNSECURED      NOT FILED            .00           .00
ECMC                       UNSECURED       3335.50             .00           .00
SALLIE MAE LSCF            UNSECURED      NOT FILED            .00           .00
SALLIE MAE LSCF            UNSECURED      NOT FILED            .00           .00
ECMC                       UNSECURED       1940.53             .00           .00
SALLIE MAE LSCF            UNSECURED      NOT FILED            .00           .00
ECMC                       UNSECURED        834.00             .00           .00
SALLIE MAE LSCF            UNSECURED      NOT FILED            .00           .00
SAM'S CLUB                 UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED       1031.45             .00           .00
ROUNDUP FUNDING LLC        UNSECURED        473.46             .00           .00
TARGET                     UNSECURED      NOT FILED            .00           .00
VIKING COLLECTION SERVIC   UNSECURED      NOT FILED            .00           .00
CARMAX AUTO FINANCE        UNSECURED        158.86             .00           .00
ISAC                       UNSECURED       7026.00             .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY    2,623.00                       2,623.00
TOM VAUGHN                 TRUSTEE                                         267.73
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               3,948.32

PRIORITY                                              .00
SECURED                                            903.08
    INTEREST                                       136.75
UNSECURED                                           17.76
ADMINISTRATIVE                                   2,623.00
TRUSTEE COMPENSATION                               267.73
DEBTOR REFUND                                         .00
                      ---------------      ---------------
TOTALS                3,948.32                   3,948.32
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 07 B 01461 IVAN COLON